IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LONNY BREEZEE,

       Plaintiff,                                          JUDGMENT IN A CIVIL CASE

    v.                                                          Case No. 14-cv-458-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

       Defendant.

---

     This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

plaintiff Lonny Breezee against defendant Carolyn W. Colvin reversing the decision of the

Commissioner and remanding this case for further proceedings under sentence four of

42 U.S.C. § 405(g).

<br>

       _____s/ A. Wiseman, Deputy Clerk_____       _____April 3, 2015_____
          Peter Oppeneer, Clerk of Court                 Date