IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LONNY BREEZEE,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

      v.                                     Case No. 14-cv-458-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Lonny Breezee attorney fees and costs in the amount of $6,800 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


        _____s/ A. Wiseman, Deputy Clerk_____        _____May 8, 2015_____
                Peter Oppeneer, Clerk of Court                            Date